IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 29 AM 7:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JUDY GROCE, Individually and as Executrix of the ESTATE OF ROBERT S. MARTIN, and on behalf of the children, grandchildren, beneficiaries, heirs, brothers and sisters of ROBERT S. MARTIN, and the ESTATE OF ROBERT S. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED NURSING CENTERS LIMITED PARTNERSHIP, d/b/a SPRING GATE REHABILITATION AND HEALTHCARE CENTER,<br><br>Defendant. | CAUSE NO. 2:05-cv-02367-BBD-sta |

**MOTION GRANTED**
DATE: 12-23-2005
/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

## DEFENDANT'S MOTION AND MEMORANDUM OF LAW TO STAY ALL PROCEEDINGS PENDING OUTCOME OF PRIVATE MEDIATION

Defendant, Kindred Nursing Centers Limited Partnership, d/b/a Spring Gate Rehabilitation and Healthcare Center (hereinafter "Spring Gate"), by and through counsel, and pursuant to *Federal Rules of Civil Procedure* Rule 7 and Rule 40, respectfully moves the Court to enter an Order staying all proceedings in this case pending the outcome of private mediation.

According to Rule 40 of the *Federal Rules of Civil Procedure*, United States District Courts have discretion regarding the placement of actions on their trial calendars. Plaintiff's counsel has indicated that he will not oppose Defendant's Motion to Stay All Proceedings Pending Outcome of Private Mediation. Furthermore, entering the Agreed Order will allow the Court to retain jurisdiction over this matter while simultaneously preserving judicial resources by providing the parties an opportunity to resolve the dispute without the Court's intervention. Should the parties fail to resolve the dispute via private mediation, counsel for Defendant will

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

08452_00/0442/LSC-000606_1

notify the Court within fourteen (14) days of the mediation and request that the Court conduct a Scheduling Conference pursuant to Rule 16 of the *Federal Rules of Civil Procedure*.

As the parties have conferred and have determined that this matter is appropriate for private mediation, Defendant respectfully requests that the Court enter the Agreed Order Staying All Proceedings Pending Outcome of Private Mediation submitted with Defendant's motion.

A Certificate of Consultation with opposing counsel and Proposed Agreed Order are submitted in accordance with Local Rule 7.2.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: _____
F. Laurens Brock, BPR No. 017666
Jacob C. Parker, BPR No. 023993
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
Telephone No.: (423) 756-3000
Facsimile No.: (423) 265-9574

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02367 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jacob C. Parker
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David W. Hill
NAHON & SAHAROVICH
5100 Poplar Avenue
Ste. 2500
Memphis, TN 38137

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable Bernice Donald
US DISTRICT COURT